Kate E. Rehill, Respondent, v. Max Schirmer, Appellant.— Motion granted,

without costs, in so far as the appeal is from the order denying the motion for a new trial.   Present — Woodward, Burr, Thomas, Rich and Carr, JJ.